**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**KEITH R. JONES**                                                **CIVIL ACTION**

**VERSUS**                                                           **NO. 25-1804**

**LAFOURCHE PARISH**                                    **SECTION "P" (4)**
**CORRECTIONAL COMPLEX ET AL.**

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate

Judge's Report and Recommendation and adopts it as its opinion in this matter.

Federal Rule of Civil Procedure Rule 41(b) authorizes dismissal for failure to prosecute upon

motion by a defendant. The United States Supreme Court has found that Rule 41(b)'s permissive

language, "which merely authorizes a motion by the defendant[,]" does not abrogate the Court's

inherent power to dismiss an action *sua sponte* for lack of prosecution.[1] Given Plaintiff's failure to

provide the Court a current address after being ordered to do so more than six months ago and to

otherwise appear in the case since filing a motion for leave to proceed in forma pauperis more than

eight months ago,

**IT IS ORDERED** that Keith R. Jones's civil rights complaint under 42 U.S.C. § 1983 be

**DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

---

[1] *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962).

New Orleans, Louisiana, this 6th day of August 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**